1  DANIKA DESAI (CA Bar #326575)
   ANDREA A. TREECE (CA Bar #237639)
2  Earthjustice
   50 California Street, Suite 500
3  San Francisco, CA 94111
   T: (415) 217-2000 / F: (415) 217-2040
4  Email: ddesai@earthjustice.org
5  Email:  atreece@earthjustice.org

6  *Counsel for Plaintiff*

7              **IN THE UNITED STATES DISTRICT COURT**
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
8

9  OCEANA, INC.,                          Case No. 5:21-cv-05407-VKD

10           *Plaintiff,*

11           v.                           **PROOF OF SERVICE**

12
   GINA RAIMONDO, in her official capacity
13 as Secretary of Commerce; NATIONAL
   OCEANIC AND ATMOSPHERIC
14 ADMINISTRATION; and NATIONAL
   MARINE FISHERIES SERVICE,
15
16           *Defendants*.

17

18      I am a citizen of the United States of America and a resident of the city of Burien,

19 Washington; I am over the age of 18 years and not a party to the within entitled action; my

20 business address is 810 Third Ave., Suite 610, Seattle, Washington.

21      I hereby certify that on July 15, 2021, I mailed the true and correct copies of the

22 documents listed below by Certified Mail, postage prepaid, to the persons or entities listed

23 below.

24
   Gina Raimondo                         National Oceanic and Atmospheric
25 U.S. Department of Commerce           Administration
   Room 5858                             1315 East-West Highway, 14th Floor
26 1401 Constitution Ave. NW             Silver Spring, MD 20910
   Washington, DC 20230
27

28

   PROOF OF SERVICE
   CASE NO. 5:21-CV-05407-VKD              1

National Marine Fisheries Service
1315 East-West Highway, 14th Floor
Silver Spring, MD 20910

Merrick Garland
U.S. Dept. of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530

Stephanie Hinds
c/o Civil Process Clerk
Federal Courthouse
450 Golden Gate Ave.
San Francisco, CA 94102

**DOCUMENTS SERVED JULY 15, 2021**

1. Complaint for Declaratory and Injunctive Relief;

2. Summons Issued;

3. Civil Case Scheduling Order;

4. Order Setting Initial Case Management Schedule;

5. Magistrate Judge DeMarchi's Standing Order; and

6. Notice of Assignment of Case to Magistrate Judge;

7. ECF Registration Information.

Executed on July 29, 2021, in Burien, Washington.

Mary O'Hara

PROOF OF SERVICE
CASE NO. 5:21-CV-05407-VKD                    2



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20230                     OFFICIAL USE

Certified Mail Fee   $3.60                          0008
$                          $2.85                      18
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)       $ $0.00          Postmark
☐ Certified Mail Restricted Delivery $ $0.00          Here
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $
Postage
$                    $2.20
To
$       $8.65                        07/15/2021
Se
Si

Gina Raimondo
Dept. of Commerce
Room 5858
1401 Constitution Ave. NW
Washington, DC 20230

7019 0700 0000 7439 5910



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Silver Spring, MD 20910                   OFFICIAL USE

Certified Mail Fee   $3.60                          0008
$                          $2.85                      18
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)       $ $0.00          Postmark
☐ Certified Mail Restricted Delivery $ $0.00          Here
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $
Postage
$                    $2.20
$       $8.65                        07/15/2021

National Oceanic and Atmospheric
Administration
1315 East-West Highway, 14th Fl.
Silver Spring, MD 20910

7019 0700 0000 7439 5927



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Silver Spring, MD 20910                   OFFICIAL USE

Certified Mail Fee   $3.60                          0008
$                          $2.85                      18
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)       $ $0.00          Postmark
☐ Certified Mail Restricted Delivery $ $0.00          Here
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $
Postage
$                    $2.20
$       $8.65                        07/15/2021

National Marine Fisheries Service
1315 East-West Highway, 14th Fl.
Silver Spring, MD 20910

7019 0700 0000 7439 5934



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Washington, DC 20530                     OFFICIAL USE

Certified Mail Fee   $3.60                          0008
$                          $2.85                      18
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)       $ $0.00          Postmark
☐ Certified Mail Restricted Delivery $ $0.00          Here
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $
Postage
$                    $2.20
To
$       $8.65                        07/15/2021
Si
Ci

Merrick Garland
U.S. Dept. of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

7019 0700 0000 7439 5941

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

San Francisco, CA 94102                   OFFICIAL USE

Certified Mail Fee   $3.60                          0008
$                          $2.85                      18
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)        $ $0.00
☐ Return Receipt (electronic)       $ $0.00          Postmark
☐ Certified Mail Restricted Delivery $ $0.00          Here
☐ Adult Signature Required          $ $0.00
☐ Adult Signature Restricted Delivery $
Postage
$                    $2.20
To
$       $8.65                        07/15/2021
$
Si
Ci

JUL 15

Stephanie Hinds
c/o Civil Process Clerk
Federal Courthouse
450 Golden Gate Ave.
San Francisco, CA 94102

7019 0700 0000 7439 5958

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

National Oceanic and Atmospheric
Administration
1315 East-West Highway, 14th Fl.
Silver Spring, MD 20910

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 6448 0346 9069 94

2. Article Number (Transfer from service label)

7019 0700 0000 7439 5927

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
X   J. Schulze   7/20/21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053         Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

National Marine Fisheries Service
1315 East-West Highway, 14th Fl.
Silver Spring, MD 20910

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 6448 0346 9069 87

2. Article Number (Transfer from service label)

7019 0700 0000 7439 5934

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☒ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
X   J. Schulze   7/20/21

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053         Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Merrick Garland
U.S. Dept. of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 6448 0346 9069 70

2. Article Number (Transfer from service label)

7019 0700 0000 7439 5941

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent
☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

JUL 2 0 2021

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053         Domestic Return Receipt

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Stephanie Hinds
c/o Civil Process Clerk
Federal Courthouse
450 Golden Gate Ave.
San Francisco, CA 94102

|||||||||||||||||||||||||||||||||||||||
9590 9402 6448 0346 9069 63

2. Article Number (Transfer from service label)
7019 0700 0000 7439 5958

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
Covid                             7/9

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

Document USPS Tracking® Results

# USPS Tracking®

FAQs >

## Track Another Package +

Remove ✕

**Tracking Number:** 70190700000074395910

Your item was delivered to an individual at the address at 6:57 am on July 19, 2021 in WASHINGTON, DC 20230.

## ⊘ Delivered, Left with Individual

July 19, 2021 at 6:57 am
WASHINGTON, DC 20230

**Get Updates** ⌄

---

**Text & Email Updates** ⌄

---

**Tracking History** ⌃

July 19, 2021, 6:57 am
Delivered, Left with Individual
WASHINGTON, DC 20230
Your item was delivered to an individual at the address at 6:57 am on July 19, 2021 in WASHINGTON, DC 20230.

July 19, 2021, 6:02 am
Arrived at Post Office
WASHINGTON, DC 20018

USPS.com® - USPS Tracking® Results

July 18, 2021, 2:21 pm
Arrived at USPS Regional Destination Facility
WASHINGTON DC DISTRIBUTION CENTER

July 16, 2021, 10:46 pm
Departed USPS Origin Facility
KENT, WA 98035

July 16, 2021, 10:19 pm
Arrived at USPS Origin Facility
KENT, WA 98035

July 16, 2021
In Transit to Next Facility

July 15, 2021, 5:10 pm
Departed Post Office
SEATTLE, WA 98166

July 15, 2021, 3:05 pm
USPS in possession of item
SEATTLE, WA 98166

**Product Information**          ⌄

See Less ⌃

# Can't find what you're looking for?

Go to our FAQs section to find answers to your tracking questions.

**FAQs**